# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131192

DEAN VALENTE and MARK VALENTE,
III, Co-Successor Trustees of VALENTE
IRREVOCABLE LIVING TRUSTS, under
Agreements dated 11/23/84 for the benefit
of DEAN VALENTE, MARK VALENTE,
III, JAMES VALENTE, and RICHARD
VALENTE, and MARK VALENTE, III,
Successor Trustee of the MATILDE
VALENTE TESTAMENTARY TRUST,
            Plaintiffs-Appellees,

v

MARCO VALENTE, JR.,
            Defendant-Appellee,

and

RAYMOND G. GLIME,
            Appellant.

_____/

SC: 131192
COA: 266638
Macomb Probate Court:
 99-162001-CZ

On order of the Court, the application for leave to appeal the March 3, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

Clerk

d1023